1054

[No. 71836-3-I. Division One. September 8, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDREW RUSSELL COSBY, *Appellant*.

 by unpublished per curiam opinion.

[No. 72046-5-I. Division One. September 8, 2015.]

DEBORAH PIMENTEL, *Appellant*, v. GORDON LUND ET AL., *Defendants*, AMERICAN CONTRACTORS INDEMNITY COMPANY BOND NO. 100097406, *Respondent*.

by unpublished per curiam opinion.